IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CRYSTAL G.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Civil Action No. 3:21-CV-1002-L-BT** |
| | § | |
| **KILOLO KIJAKAZI, ACTING** | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY ADMINISTRATION,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On August 16, 2022, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 27) was entered, recommending that the decision of the Commissioner of the Social Security Administration (the "Commissioner") be reversed on Plaintiff's first issue regarding the specific persuasiveness finding of Dr. Peter Hong's medical opinion as required under 20 C.F.R. §§ 404.1520c(), 416.920c(b). The Report further recommends remand because determination of Plaintiff's first issue will likely affect the second issue.  No objections to the Report were filed.

After considering the pleadings, file, record, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the Commissioner's decision is **reversed in part**, and this case is **remanded** for further proceedings in accordance with this order and the findings and conclusions set forth in the Report.

**Order – Page 1**

**It is so ordered** this 31st day of August, 2022.

Sam A. Lindsay
United States District Judge